IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SAVE BARTON CREEK ASSOCIATION, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-761-RP |
| TEXAS DEPARTMENT OF TRANSPORTATION, et al., | § § § § | |
| Defendants. | § § | |

**ORDER**

On August 13, 2020, Plaintiffs filed a motion requesting that this Court refer this case for alternative dispute resolution ("ADR"). (Dkt. 34.) Plaintiffs state they believe the parties can agree on an ADR provider. (*Id.* at 1). Defendants oppose. (Dkt. 35). Defendants' argument boils down to that they have met with Plaintiffs several times, and they believe Plaintiffs lack new ideas for discussion. (*See id.* at 1–2).

The Court finds good cause to grant Plaintiffs motion under Local Rule 88. W.D. Tex. Loc. R. CV-88(c). While the parties may have met in the past to discuss their dispute, they have not attempted an ADR process with the assistance of a qualified mediator.

Accordingly, the Court **ORDERS** that the parties are referred to mediation, to be scheduled at a time convenient to the parties, with a mediator agreed upon by the parties.

**IT IS FURTHER ORDERED** that each party or a representative with settlement authority for that party shall appear and participate in the mediation.

**IT IS FURTHER ORDERED** that all materials prepared for, and all statements made during, the mediation are confidential, unless the materials or statements are admissible or discoverable independently.

**IT IS FURTHER ORDERED** that the mediation shall be confidential, privileged from discovery, and otherwise conducted in accordance with 28 U.S.C. § 652(d) and the Local Rule CV-88(h).

**IT IS FINALLY ORDERED** that the parties file a joint status report within 30 days of the conclusion of the mediation informing the Court that mediation is complete and whether the parties intend to continue this litigation.

**SIGNED** on August 30, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE